Filed 03/12/2020 Supreme Court Middle District

Received 03/12/2020 Supreme Court Middle District

# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:    **38th Judicial District – Request for**    No.    **29 MM 2020**
            **Emergency Judicial Order**

1. Hon. Thomas M. DelRicci, President Judge of the 38th Judicial District, hereby requests the following relief by Order of the Supreme Court:

a. Authorize the president judge to declare a judicial emergency in this judicial district and take any actions authorized by Pa.R.J.A. No. 1952(B)(2).

b. Suspend or modify statewide procedural or administrative rules in this judicial district as follows:

1. Suspend time calculations for the purposes of time computation within this judicial district for the filing of documents with the court or taking other judicially mandated action. Beginning date March 13, 2020, ending date March 27, 2020;

2. Authorize the expanded use of advanced communication technology to conduct court proceedings;

3. Suspend the application of Pa.R.Crim.P. 600. Beginning date March 13, 2020, ending date March 27, 2020.

2. The circumstances necessitating this request for an emergency judicial order are as follows: an existing public health emergency in Montgomery County involving exposure to COVID-19.

3. To the extent possible and practical under the circumstances, notice of this request for an emergency judicial order has been or will be:

- posted on the court's website
- submitted to the Administrative Office of Pennsylvania Courts for publication pursuant to Pa.R.J.A. No. 1952(C)(5)

4. Interested parties are advised that objections to any emergency judicial order issued by the Supreme Court should be transmitted to the Supreme Court Prothonotary.

Thomas M. DelRicci, President Judge
March 12, 2020